**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Joaquin Hill,

Plaintiff,

v.

State of Nevada, et al.,

Defendants.

Case No. 2:24-cv-00923-JAD-DJA

**Order**

Under 28 U.S.C. § 1915 Plaintiff Joaquin Hill is proceeding in this action *pro se* and *in forma pauperis* (meaning, without paying the filing fee). (ECF No. 20). Before the Court is Plaintiff's Letter for a Status Check requesting an update on the referral of his case to the Court's Pro Bono Program. (ECF No. 58). At a prior motion hearing held on August 14, 2025, the Court granted Plaintiff's Motion to Appoint Counsel (ECF No. 14) and referred this matter to the Pro Bono Program (ECF No. 26).

A pro se party may not send letters to the Court other than as provided in Local Rule IA 7-1(a).[1] *See* LR 7-1(b). So, the Court will strike Plaintiff's letter. *See* LR IA 10-1(d) (providing that the Court may strike any document that does not conform to an applicable provision of the Local Rules). Nonetheless, the Court informs Plaintiff that currently, the Legal Aid Center of

[1] Local Rule 7-1(a) provides the following:

> An attorney or pro se party may send a letter to the court at the expiration of 90 days after any matter has been, or should have been, fully briefed if the court has not entered its written ruling. If this letter was sent and a written ruling still has not been entered 120 days after the matter was or should have been fully briefed, an attorney or pro se party may send a letter to the Chief Judge, who must inquire of the judge about the status of the matter. Copies of all such letters must be served on all other attorneys and pro se parties.

Southern Nevada is continuing its efforts to attempt to secure representation for Plaintiff. If the Program cannot place Plaintiff's case, he will receive notification of that fact on the docket.

**IT IS THEREFORE ORDERED** that the Clerk of Court is kindly directed to **strike** Plaintiff's letter (ECF No. 58).

DATED: September 10, 2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE